Form G-2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| IN RE: | ) | |
| --- | --- | --- |
| | ) | Case No. |
| | ) | |
| | ) | Chapter |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Certification of Relatedness**

The undersigned attorney certifies that:

1. _____ cases are being filed under Chapter _____ that are related to each other, related to case(s) now pending, or both.

2. The cases are related because:

   [ ] the debtors are husband and wife; or
   [ ] the debtor was a debtor in a previous case under Chapter 11; or
   [ ] the cases involve persons or entities that are affiliates as defined in §101(2) of the Bankruptcy Code.

3. List of related bankruptcy case number(s) and case name(s):

   _____
   _____
   _____
   _____
   _____
   _____
   _____

Date of certification: _____   Attorney's Signature: _____

**This form must be filed in each related Bankruptcy Case**