| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **EGZIT CORPORATION** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 24-13990 |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor — Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** (Identify all)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking | 5659 | $15,571.00 |
| 3.2. | Chase Bank NA | Checking | 9270 | $0.00 |

4. **Other cash equivalents** (Identify all)

5. **Total of Part 1.**                                                                                    $15,571.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4: Investments

13. **Does the debtor own any investments?**

| Debtor | **EGZIT CORPORATION** | Case number *(If known)* | 24-13990 |
|---|---|---|---|
| | Name | | |

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>10 Desktop Computer, and printers | $0.00 | Comparable sale | $7,500.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.   Copy the total to line 86. | | | **$7,500.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

| Debtor | EGZIT CORPORATION | | Case number *(If known)* | 24-13990 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.1. | **1FUJGLD53FLGF3069 Freightliner 2015** | $27,990.00 | Comparable sale | $27,990.00 |
| 47.2. | **3AKJHHDR1KSKF4007 Freightliner 2019** | $47,250.00 | Comparable sale | $47,250.00 |
| 47.3. | **1XKYD49X6HJ134178 Kennilworth 2017** | Unknown | Comparable sale | $49,995.00 |
| 47.4. | **4V4NC9EH3HN970315 Volvo 2017** | $40,495.00 | Comparable sale | $40,495.00 |
| 47.5. | **4V4NC9EH7HN970317 Volvo 2017** | $40,495.00 | Comparable sale | $40,495.00 |
| 47.6. | **4V4NC9EH9HN970318 Volvo 2017** | $40,495.00 | Comparable sale | $40,495.00 |
| 47.7. | **4V4NC9EH7HN970320 Volvo 2017** | $40,495.00 | Comparable sale | $40,495.00 |
| 47.8. | **4V4NC9EH4HN970324 Volvo 2017** | $40,495.00 | Comparable sale | $40,495.00 |
| 47.9. | **3AKJHHDR1KSKF3326 Freightliner 2019** | $47,250.00 | Comparable sale | $47,250.00 |
| 47.10. | **3AKJHHDR9KSKF3462 Freightliner 2019** | $47,250.00 | Comparable sale | $47,250.00 |
| 47.11. | **1FUJHHDR2KLKE4467 Freightliner 2019** | $47,250.00 | Comparable sale | $47,250.00 |
| 47.12. | **1XKYDP9X8JJ189528 Kenilworth  2018** | $49,995.00 | Comparable sale | $49,995.00 |
| 47.13. | **1FUJHHDR1KLKN7537 Freightliner 2019** | $47,250.00 | Comparable sale | $47,250.00 |
| 47.14. | **3AKJHHDR2KSKF6591 Freightliner 2019** | $47,250.00 | Comparable sale | $47,250.00 |
| 47.15. | **3AKJHHDR6KSKF6593 Freightliner 2019** | $47,250.00 | Comparable sale | $47,250.00 |
| 47.16. | **3AKJHHDR2KSKE4599 Freightliner 2019** | $47,250.00 | Comparable sale | $47,250.00 |
| 47.17. | **3AKJHHDR8KSKE4610 Freightliner 2019** | $47,250.00 | Comparable sale | $47,250.00 |
| 47.18. | **3AKJGLDR4HSBS2767 Freightliner 2017** | $40,721.00 | Comparable sale | $40,721.00 |
| 47.19. | **3AKJHHDRXKSKF3888 Freightliner 2019** | $47,250.00 | Comparable sale | $47,250.00 |

| Debtor | **EGZIT CORPORATION** | | Case number *(If known)* | 24-13990 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.20. | **1FUJGLDR4JLHG7979 Freightliner 2018** | $45,550.00 | Comparable sale | $45,550.00 |
| 47.21. | **3AKJGLDR2HSHK2655 Freightliner 2017** | $40,721.00 | Comparable sale | $40,721.00 |
| 47.22. | **1FUJGLDR0JLHG7932 Freightliner 2018** | $45,550.00 | Comparable sale | $45,550.00 |
| 47.23. | **1FUJGLDR3JLHG7911 Freightliner 2018** | $45,550.00 | Comparable sale | $45,550.00 |
| 47.24. | **3AKJHHDR2KSKB5393 Freightliner 2019** | $47,250.00 | Comparable sale | $47,250.00 |
| 47.25. | **3AKJHHDRXJSJR2089 Freightliner 2018** | $45,500.00 | Comparable sale | $45,500.00 |
| 47.26. | **3AKJHHDR6KSKF3323 Freightliner 2019** | $47,250.00 | Comparable sale | $47,250.00 |
| 47.27. | **3AKJHHDR6KSKB1427 Freightliner 2019** | $47,250.00 | Comparable sale | $47,250.00 |
| 47.28. | **3AKJGLD54ESFR8414 Freightliner 2014** | $24,900.00 | Comparable sale | $24,900.00 |
| 47.29. | **1GRAA0629KJ128301 GREAT DANE 2019** | $28,500.00 | Comparable sale | $28,500.00 |
| 47.30. | **1GRAP0625KT141419 GREAT DANE 2019** | $28,500.00 | Comparable sale | $28,500.00 |
| 47.31. | **1GRAP0627KT141423 GREAT DANE 2019** | $28,500.00 | Comparable sale | $28,500.00 |
| 47.32. | **1GRAP0628KT141429 GREAT DANE 2019** | $28,500.00 | Comparable sale | $28,500.00 |
| 47.33. | **1GR1P0620LT164091 GREAT DANE 2020** | $29,700.00 | Comparable sale | $29,700.00 |
| 47.34. | **1GR1P0625LT164104 GREAT DANE 2020** | $29,700.00 | Comparable sale | $29,700.00 |
| 47.35. | **1GRAP0622HK267252 GREAT DANE 2017** | $26,900.00 | Comparable sale | $26,900.00 |

| Debtor | **EGZIT CORPORATION** | Case number *(If known)* | 24-13990 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.36. | **1GRAP0627GT610453 GREAT DANE 2016** | $24,900.00 | Comparable sale | $24,900.00 |
| 47.37. | **1GRAP0620HK267282 GREAT DANE 2017** | $0.00 | Comparable sale | $26,900.00 |
| 47.38. | **1GR1P0628LT164100 GREAT DANE 2020** | $29,700.00 | Comparable sale | $29,700.00 |
| 47.39. | **1GRAP0621KT141420 GREAT DANE 2019** | $28,500.00 | Comparable sale | $28,500.00 |
| 47.40. | **2005 TOYOTA HIGHLANDER MILEAGE 230,000** | $4,279.00 | Comparable sale | $4,279.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**  $1,547,776.00
    Add lines 47 through 50.   Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

### Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

**Current value of debtor's interest**

| Debtor | **EGZIT CORPORATION** | Case number *(If known)* | 24-13990 |
|---|---|---|---|
| | Name | | |

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Potential Chose in Action against MCA Resolve LLC**     Unknown
    **Nature of claim**    Trade debt
    **Amount requested**    $155,144.72

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**     **$0.00**
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Debtor | **EGZIT CORPORATION** | Case number (If known) | 24-13990 |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $15,571.00 | |
| 81. | **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. | **Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| 83. | **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. | **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. | **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $7,500.00 | |
| 87. | **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $1,547,776.00 | |
| 88. | **Real property.** Copy line 56, Part 9.............................................> | | $0.00 |
| 89. | **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. | **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $1,570,847.00 + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,570,847.00 |

**Fill in this information to identify the case:**

Debtor name: **EGZIT CORPORATION**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): 24-13990

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
- ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
- ☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Arvest Equipment Finance**<br>Creditor's Name<br><br>c/o Sharon L. Stolte - Sandberg Phoenix<br>4600 Madison Avenue, Suite 1000<br>Kansas City, MO 64112<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**08/10/2022**<br>Last 4 digits of account number **2210**<br><br>Do multiple creditors have an interest in the same property?<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**1FUJGLDR4JLHG7979 Freightliner 2018;**<br>**1FUJGLDR0JLHG7932 Freightliner 2018;**<br>**1FUJGLDR3JLHG7911 Freightliner 2018;**<br>**3AKJHHDR2KSKB5393 Freightliner 2019;**<br>**1GR1P0620LT164091 GREAT DANE 2020;**<br>**1GR1P0625LT164104 GREAT DANE 2020;**<br>**1GR1P0628LT164100 GREAT DANE 2020**<br><br>Describe the lien<br>**Purchase Money Security**<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $90,048.20 | $273,000.00 |
| **2.2** **Auxilor Capital Partners, Inc.**<br>Creditor's Name<br>c/o Diana Perez<br>Wright Law Group, PLLC<br>2405 W Grand Ave., Ste. B<br>PMB 84356<br>Chicago, IL 60612-1577<br>Chicago, IL 60612<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred | Describe debtor's property that is subject to a lien<br>**1XKYD49X6HJ134178 Kennilworth 2017;**<br>**4V4NC9EH7HN970317 Volvo 2017;**<br>**1XKYDP9X8JJ189528 Kenilworth 2018**<br><br>Describe the lien<br>**Purchase Money Security**<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $157,020.00 | $140,485.00 |

| Debtor | **EGZIT CORPORATION** | Case number (if known) | 24-13990 |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.3 | **Balboa Capital Corporation** | Describe debtor's property that is subject to a lien | $106,468.27 | $78,700.00 |
|---|---|---|---|---|

Creditor's Name
**c/o Alex Darcy
Darcy & Devassy PC
444 N. Michigan Ave., Suite 3270
Chicago, IL 60611**
Creditor's mailing address

**1GRAP0622HK267252 GREAT DANE 2017;
1GRAP0627GT610453 GREAT DANE 2016;
1GRAP0620HK267282 GREAT DANE 2017**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/26/21**
**Last 4 digits of account number**
**3797**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.4 | **BMO Harris   Bank NA** | Describe debtor's property that is subject to a lien | $75,612.83 | $169,187.00 |
|---|---|---|---|---|

Creditor's Name
**PO Box 3040

Cedar Rapids, IA 52406**
Creditor's mailing address

**4V4NC9EH4HN970324 Volvo 2017;
1FUJHHDR1KLKN7537 Freightliner 2019;
3AKJGLDR4HSBS2767 Freightliner 2017;
3AKJGLDR2HSHK2655 Freightliner 2017**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9915**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**1. BMO Harris Bank NA
2. BMO Harris   Bank NA**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.5 | **BMO Harris Bank NA** | Describe debtor's property that is subject to a lien | $29,646.25 | $175,716.00 |
|---|---|---|---|---|

Creditor's Name
**PO Box 3040

Cedar Rapids, IA 52406**

**4V4NC9EH4HN970324 Volvo 2017;
1FUJHHDR2KLKE4467 Freightliner 2019;
1FUJHHDR1KLKN7537 Freightliner 2019;
3AKJGLDR2HSHK2655 Freightliner 2017**

| Debtor | EGZIT CORPORATION | Case number (if known) | 24-13990 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Purchase Money Security** | | |
| | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**11/1/2020**<br>**Last 4 digits of account number**<br>**9915** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.4** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |

| 2.6 | **Byline Bank NA** | **Describe debtor's property that is subject to a lien**<br>**The creditor has a UCC lien on unencumbered assets** | $150,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **180 North LaSalle Street**<br>**Suite 300**<br>**Chicago, IL 60601** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br>**Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |

| 2.7 | **Crossroads Equip. Lease and Fin, LLC** | **Describe debtor's property that is subject to a lien**<br>**3AKJHHDR1KSKF4007 Freightliner 2019;**<br>**3AKJHHDR9KSKF3462 Freightliner 2019;**<br>**3AKJHHDRXKSKF3888 Freightliner 2019** | $215,147.21 | $141,750.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **c/o Alex Darcy**<br>**Darcy & Devassy PC**<br>**444 N. Michigan Ave., Suite 3270**<br>**Chicago, IL 60611** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**Purchase Money Security** | | |
| | | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br>**5/22/2023**<br>**Last 4 digits of account number**<br>**3787** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |

| Debtor | **EGZIT CORPORATION** | Case number (if known) | 24-13990 |
|---|---|---|---|
| | Name | | |

### 2.8 First Citizens Bank & Trust Company

**Creditor's Name**

PO Box 593007
San Antonio, TX 78259
*Creditor's mailing address*

*Creditor's email address, if known*

**Date debt was incurred**
12/3/19
**Last 4 digits of account number**
631

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
The creditor has a UCC lien on unencumbered assets

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount: **$3,766.51**  |  **$0.00**

---

### 2.9 Huntington National Bank

**Creditor's Name**

17 S High St
Columbus, OH
Columbus, OH 43215
*Creditor's mailing address*

*Creditor's email address, if known*

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
4V4NC9EH3HN970315 Volvo 2017;
4V4NC9EH9HN970318 Volvo 2017;
4V4NC9EH7HN970320 Volvo 2017

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Amount: **$74,805.00**  |  **$121,485.00**

---

### 2.10 PNC Equipment Finance, LLC

**Creditor's Name**

Attn: Bankruptcy Department
PO Box 489909
Charlotte, NC 28269-5329
*Creditor's mailing address*

*Creditor's email address, if known*

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
1GRAA0629KJ128301 GREAT DANE 2019;
1GRAP0625KT141419 GREAT DANE 2019;
1GRAP0627KT141423 GREAT DANE 2019;
1GRAP0628KT141429 GREAT DANE 2019;
1GRAP0621KT141420 GREAT DANE 2019

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount: **$140,860.30**  |  **$142,500.00**

---

Official Form 206D  Additional Page of Schedule D: Creditors Who Have Claims Secured by Property  page 4 of 6

| Debtor | **EGZIT CORPORATION** | Case number (if known) | 24-13990 |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed

---

**2.11**  **US Small Business Association**
Creditor's Name
**Attn: District Counsel**
**332 S. Michigan Avenue**
**Suite 600**
**Chicago, IL 60604**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**The creditor has a UCC lien on unencumbered assets**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$146,245.00    $0.00

---

**2.12**  **Wells Fargo Equipment Finance, Inc.**
Creditor's Name

**Wells Fargo Equipment Finance, Inc.**
**800 Walnut Street MAC F0006-051**
**Des Moines, IA 50309**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/3/2023**
**Last 4 digits of account number**
**1001**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

**Describe debtor's property that is subject to a lien**
**3AKJHHDR1KSKF3326 Freightliner 2019;**
**1FUJHHDR2KLKE4467 Freightliner 2019;**
**3AKJHHDR2KSKF6591 Freightliner 2019;**
**3AKJHHDR6KSKF6593 Freightliner 2019;**
**3AKJHHDR2KSKE4599 Freightliner 2019;**
**3AKJHHDR8KSKE4610 Freightliner 2019;**
**3AKJHHDR6KSKF3323 Freightliner 2019**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

$497,801.01    $330,750.00

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,687,420.58

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 5 of 6

| Debtor | **EGZIT CORPORATION** | Case number (if known) | 24-13990 |
|---|---|---|---|
| | Name | | |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name: **EGZIT CORPORATION**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): **24-13990**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Department of Treasury-IRS**<br>**P.O. Box 7346**<br><br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed | **$11,325.65** | **$11,325.65** |
|  | Date or dates debt was incurred<br>**04/04/2022** | Basis for the claim: | | |
|  | Last 4 digits of account number **9966** | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | | **Amount of claim** |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**American Express National Bank, AENB**<br>**c/o Zwicker and Associates, P.C.**<br>**Attorneys/Agents for Creditor**<br>**P.O. Box 9043**<br>**Andover, MA 01810-1041** | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed | **$11,124.96** |
|  | Date(s) debt was incurred _ | Basis for the claim: **Credit card purchases** | |
|  | Last 4 digits of account number **6246** | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Banterra Bank**<br>**Attention: Credit Remediation**<br>**P 0 Box 310**<br>**62959**<br>**Marion, IL 62959** | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed | **$129,454.00** |
|  | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
|  | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| Debtor | **EGZIT CORPORATION** | Case number (if known) | 24-13990 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Department of Treasury - IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><br>Date(s) debt was incurred **9/30/2018**<br>Last 4 digits of account number **9966** | As of the petition filing date, the claim is: *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: **Tax Debt Per Proof of Claim**<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $10,522.88 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>JPMorgan Chase Bank, N.A.<br>JPMC c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br><br>Addison, TX 75001<br>Date(s) debt was incurred **UNKNOWN**<br>Last 4 digits of account number **7251** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: **Credit card purchases**<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $21,623.49 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>JPMorgan Chase Bank, N.A.<br>s/b/m/t CHASE BANK NA<br>c/o National Bankruptcy Services, LLC<br>PO BOX 9013<br><br>Addison, TX 75901<br>Date(s) debt was incurred **UNKNOWN**<br>Last 4 digits of account number **5419** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Credit card purchases**<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $39,794.18 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Quill Corporation<br>PO Box 102419<br>Columbia, SC 29224<br>Date(s) debt was incurred **02/08/2024**<br>Last 4 digits of account number **8083** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $694.11 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Ryder Truck Rental, Inc.<br>c/o WALSH &<br>GAERTNER BUILDING<br>24 EAST FOURTH STREET<br>Saint Paul, MN 55101<br>Date(s) debt was incurred **_**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $90,306.81 |

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 11,325.65 |
| 5b. Total claims from Part 2 | 5b. + $ | 303,520.43 |

| Debtor | EGZIT CORPORATION | Case number (if known) | 24-13990 |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.   $   314,846.08

**Fill in this information to identify the case:**

Debtor name: **EGZIT CORPORATION**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 24-13990

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest — **Factoring Contract** | |
| | State the term remaining — **June 2025 3 Year Auto Extension** | **CAPITAL DEPOT INC,** **8930 WAUKEGAN ROAD SUITE 230** **Morton Grove, IL 60053** |
| | List the contract number of any government contract | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest — **Trailer Rental** | |
| | State the term remaining — **Month to Month** | **DST TRAILER RENT DUVAL** **3927 Moreland Ave30288** **Conley, GA 30288** |
| | List the contract number of any government contract | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest — **Trailer Rental** | |
| | State the term remaining — **January 31 2025** | **XTra Lease, LLC** **5330 W 47TH ST** **Chicago, IL 60638** |
| | List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name: **EGZIT CORPORATION**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 24-13990

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1**, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, **Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.4 | **Ivan Stojanov** | 1476 Whitespire Ct<br>NAPERVILLE, IL<br>Naperville, IL 60565-2031 | **Arvest Equipment Finance** | ☒ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Ivan Stojanov** | 1476 Whitespire Ct<br>NAPERVILLE, IL<br>Naperville, IL 60565-2031 | **Auxilor Capital Partners, Inc.** | ☒ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | **Ivan Stojanov** | 1476 Whitespire Ct<br>NAPERVILLE, IL<br>Naperville, IL 60565-2031 | **Balboa Capital Corporation** | ☒ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Ivan Stojanov** | 1476 Whitespire Ct<br>NAPERVILLE, IL<br>Naperville, IL 60565-2031 | **BMO Harris   Bank NA** | ☒ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Ivan Stojanov** | 1476 Whitespire Ct<br>NAPERVILLE, IL<br>Naperville, IL 60565-2031 | **BMO Harris Bank NA** | ☒ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | EGZIT CORPORATION | Case number *(if known)* | 24-13990 |
|---|---|---|---|

**Additional Page to List More Codebtors**
Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.9 | **Ivan Stojanov** | **1476 Whitespire Ct**<br>**NAPERVILLE, IL**<br>**Naperville, IL 60565-2031** | **Byline Bank NA** | ☒ D __**2.6**__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Ivan Stojanov** | **1476 Whitespire Ct**<br>**NAPERVILLE, IL**<br>**Naperville, IL 60565-2031** | **Crossroads Equip. Lease and Fin, LLC** | ☒ D __**2.7**__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Ivan Stojanov** | **1476 Whitespire Ct**<br>**NAPERVILLE, IL**<br>**Naperville, IL 60565-2031** | **First Citizens Bank & Trust Company** | ☒ D __**2.8**__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Ivan Stojanov** | **1476 Whitespire Ct**<br>**NAPERVILLE, IL**<br>**Naperville, IL 60565-2031** | **Huntington National Bank** | ☒ D __**2.9**__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Ivan Stojanov** | **1476 Whitespire Ct**<br>**NAPERVILLE, IL**<br>**Naperville, IL 60565-2031** | **PNC Equipment Finance, LLC** | ☒ D __**2.10**__<br>☐ E/F _____<br>☐ G _____ |
| 2.14 | **Ivan Stojanov** | **1476 Whitespire Ct**<br>**NAPERVILLE, IL**<br>**Naperville, IL 60565-2031** | **US Small Business Association** | ☒ D __**2.11**__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Ivan Stojanov** | **1476 Whitespire Ct**<br>**NAPERVILLE, IL**<br>**Naperville, IL 60565-2031** | **Wells Fargo Equipment Finance, Inc.** | ☒ D __**2.12**__<br>☐ E/F _____<br>☐ G _____ |