**Fill in this information to identify the case:**

Debtor name: **EGZIT CORPORATION**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): 24-13990

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Chase Bank | Checking | 5659 | $15,571.00 |
| 3.2. Chase Bank NA | Checking | 9270 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**   $15,571.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4: Investments

13. **Does the debtor own any investments?**

Official Form 206A/B   Schedule A/B Assets - Real and Personal Property   page 1

| Debtor | **EGZIT CORPORATION** | Case number *(If known)* | 24-13990 |
|---|---|---|---|
| | Name | | |

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | 10 Desktop Computer, and printers | $0.00 | **Comparable sale** | $7,500.00 |

| | | |
|---|---|---|
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |
| 43. | **Total of Part 7.** Add lines 39 through 42.   Copy the total to line 86. | **$7,500.00** |
| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?**<br>☒ No<br>☐ Yes | |
| 45. | **Has any of the property listed in Part 7 been appraised by a professional within the last year?**<br>☒ No<br>☐ Yes | |

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

| Debtor | EGZIT CORPORATION | | Case number *(If known)* | 24-13990 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.1. | **1FUJGLD53FLGF3069 Freightliner 2015** | **$27,990.00** | Comparable sale | $27,990.00 |
| 47.2. | **3AKJHHDR1KSKF4007 Freightliner 2019** | **$47,250.00** | Comparable sale | $47,250.00 |
| 47.3. | **1XKYD49X6HJ134178 Kennilworth 2017** | **Unknown** | Comparable sale | $49,995.00 |
| 47.4. | **4V4NC9EH3HN970315 Volvo 2017** | **$40,495.00** | Comparable sale | $40,495.00 |
| 47.5. | **4V4NC9EH7HN970317 Volvo 2017** | **$40,495.00** | Comparable sale | $40,495.00 |
| 47.6. | **4V4NC9EH9HN970318 Volvo 2017** | **$40,495.00** | Comparable sale | $40,495.00 |
| 47.7. | **4V4NC9EH7HN970320 Volvo 2017** | **$40,495.00** | Comparable sale | $40,495.00 |
| 47.8. | **4V4NC9EH4HN970324 Volvo 2017** | **$40,495.00** | Comparable sale | $40,495.00 |
| 47.9. | **3AKJHHDR1KSKF3326 Freightliner 2019** | **$47,250.00** | Comparable sale | $47,250.00 |
| 47.10. | **3AKJHHDR9KSKF3462 Freightliner 2019** | **$47,250.00** | Comparable sale | $47,250.00 |
| 47.11. | **1FUJHHDR2KLKE4467 Freightliner 2019** | **$47,250.00** | Comparable sale | $47,250.00 |
| 47.12. | **1XKYDP9X8JJ189528 Kenilworth   2018** | **$49,995.00** | Comparable sale | $49,995.00 |
| 47.13. | **1FUJHHDR1KLKN7537 Freightliner 2019** | **$47,250.00** | Comparable sale | $47,250.00 |
| 47.14. | **3AKJHHDR2KSKF6591 Freightliner 2019** | **$47,250.00** | Comparable sale | $47,250.00 |
| 47.15. | **3AKJHHDR6KSKF6593 Freightliner 2019** | **$47,250.00** | Comparable sale | $47,250.00 |
| 47.16. | **3AKJHHDR2KSKE4599 Freightliner 2019** | **$47,250.00** | Comparable sale | $47,250.00 |
| 47.17. | **3AKJHHDR8KSKE4610 Freightliner 2019** | **$47,250.00** | Comparable sale | $47,250.00 |
| 47.18. | **3AKJGLDR4HSBS2767 Freightliner 2017** | **$40,721.00** | Comparable sale | $40,721.00 |
| 47.19. | **3AKJHHDRXKSKF3888 Freightliner 2019** | **$47,250.00** | Comparable sale | $47,250.00 |

| Debtor | EGZIT CORPORATION | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.20. | **1FUJGLDR4JLHG7979 Freightliner 2018** | $45,550.00 | Comparable sale | $45,550.00 |
| 47.21. | **3AKJGLDR2HSHK2655 Freightliner 2017** | $40,721.00 | Comparable sale | $40,721.00 |
| 47.22. | **1FUJGLDR0JLHG7932 Freightliner 2018** | $45,550.00 | Comparable sale | $45,550.00 |
| 47.23. | **1FUJGLDR3JLHG7911 Freightliner 2018** | $45,550.00 | Comparable sale | $45,550.00 |
| 47.24. | **3AKJHHDR2KSKB5393 Freightliner 2019** | $47,250.00 | Comparable sale | $47,250.00 |
| 47.25. | **3AKJHHDRXJSJR2089 Freightliner 2018** | $45,500.00 | Comparable sale | $45,500.00 |
| 47.26. | **3AKJHHDR6KSKF3323 Freightliner 2019** | $47,250.00 | Comparable sale | $47,250.00 |
| 47.27. | **3AKJHHDR6KSKB1427 Freightliner 2019** | $47,250.00 | Comparable sale | $47,250.00 |
| 47.28. | **3AKJGLD54ESFR8414 Freightliner 2014** | $24,900.00 | Comparable sale | $24,900.00 |
| 47.29. | **1GRAA0629KJ128301 GREAT DANE 2019** | $28,500.00 | Comparable sale | $28,500.00 |
| 47.30. | **1GRAP0625KT141419 GREAT DANE 2019** | $28,500.00 | Comparable sale | $28,500.00 |
| 47.31. | **1GRAP0627KT141423 GREAT DANE 2019** | $28,500.00 | Comparable sale | $28,500.00 |
| 47.32. | **1GRAP0628KT141429 GREAT DANE 2019** | $28,500.00 | Comparable sale | $28,500.00 |
| 47.33. | **1GR1P0620LT164091 GREAT DANE 2020** | $29,700.00 | Comparable sale | $29,700.00 |
| 47.34. | **1GR1P0625LT164104 GREAT DANE 2020** | $29,700.00 | Comparable sale | $29,700.00 |
| 47.35. | **1GRAP0622HK267252 GREAT DANE 2017** | $26,900.00 | Comparable sale | $26,900.00 |

| Debtor | **EGZIT CORPORATION** | | Case number (If known) | 24-13990 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.36 | 1GRAP0627GT610453 GREAT DANE 2016 | $24,900.00 | Comparable sale | $24,900.00 |
| 47.37 | 1GRAP0620HK267282 GREAT DANE 2017 | $0.00 | Comparable sale | $26,900.00 |
| 47.38 | 1GR1P0628LT164100 GREAT DANE 2020 | $29,700.00 | Comparable sale | $29,700.00 |
| 47.39 | 1GRAP0621KT141420 GREAT DANE 2019 | $28,500.00 | Comparable sale | $28,500.00 |
| 47.40 | 2005 TOYOTA HIGHLANDER MILEAGE 230,000 | $4,279.00 | Comparable sale | $4,279.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**   $1,547,776.00

    Add lines 47 through 50.   Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**
    ☒ No.   Go to Part 10.
    ☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☒ No.   Go to Part 11.
    ☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.   Go to Part 12.
    ☒ Yes Fill in the information below.

**Current value of debtor's interest**

| Debtor | **EGZIT CORPORATION** | Case number *(If known)* | 24-13990 |
|---|---|---|---|
| | Name | | |

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   **Potential Chose in Action against MCA Resolve LLC**      Unknown
   | Nature of claim | Trade debt |
   |---|---|
   | Amount requested | $155,144.72 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**      **$0.00**
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

---

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 6
Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **EGZIT CORPORATION** | Case number *(If known)* | 24-13990 |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $15,571.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,500.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,547,776.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.....................>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $1,570,847.00 + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,570,847.00 |