# EXHIBIT B
# PROJECTED BUDGET

**Operational Cost Monthly Projections**

| | |
|---|---:|
| Fuel | $88,000 |
| Cargo insurance | $32,000 |
| Physical insurance | $7,000 |
| Trailer rent | $15,000 |
| Driver payroll | $25,000 |
| Office payroll | $5,100 |
| Office rent | $2,100 |
| Maintanance | $30,000 |
| Tolls | $6,000 |
| Operational cost for company vehicle | $1,000 |
| Office supplies | $500 |
| ELD subscriptions | $2,200 |
| Office cost(internet, electricity, etc.) Truck | $500 |
| Parking | $2,300 |
| Driver expenses (hotels, scale receipts, etc) | $1,500 |
| Recruting expenses | $3,000 |
| IFTA | $600 |
| State Fuel Taxes (NY, KY, NM, CT) | $600 |
| Tablets for ELD given to drivers | $2,000 |
| **Total Projected Monthly Operating Expenses** | **$224,400.00** |
| **Gross Projected Monthly Income September -November 2024:** | **$350,854.72** |