| Fill in this information to identify the case: | |
|---|---|
| Debtor name | EGZIT CORPORATION |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 24-13990 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Arvest Equipment Finance**<br>Creditor's Name<br><br>c/o Sharon L. Stolte - Sandberg Phoenix<br>4600 Madison Avenue, Suite 1000<br>Kansas City, MO  64112<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>08/10/2022<br>Last 4 digits of account number<br>2210<br>Do multiple creditors have an interest in the same property?<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>1FUJGLDR4JLHG7979 Freightliner 2018;<br>1FUJGLDR0JLHG7932 Freightliner 2018;<br>1FUJGLDR3JLHG7911 Freightliner 2018;<br>3AKJHHDR2KSKB5393 Freightliner 2019;<br>1GR1P0620LT164091 GREAT DANE 2020;<br>1GR1P0625LT164104 GREAT DANE 2020;<br>1GR1P0628LT164100 GREAT DANE 2020<br><br>Describe the lien<br>**Purchase Money Security**<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $90,048.20 | $273,000.00 |
| **2.2** **Auxilor Capital Partners, Inc.**<br>Creditor's Name<br>c/o Diana Perez<br>Wright Law Group, PLLC<br>2405 W Grand Ave., Ste. B<br>PMB 84356<br>Chicago, IL 60612-1577<br>Chicago, IL 60612<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred | Describe debtor's property that is subject to a lien<br>1XKYD49X6HJ134178 Kennilworth 2017;<br>4V4NC9EH7HN970317 Volvo 2017;<br>1XKYDP9X8JJ189528 Kenilworth  2018<br><br>Describe the lien<br>**Purchase Money Security**<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $157,020.00 | $140,485.00 |

| Debtor | EGZIT CORPORATION | | Case number (if known) | 24-13990 |
|---|---|---|---|---|
| | Name | | | |

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☒ Disputed |

---

| 2.3 | **Balboa Capital Corporation** | Describe debtor's property that is subject to a lien | $106,468.27 | $78,700.00 |
|---|---|---|---|---|
| | Creditor's Name | **1GRAP0622HK267252 GREAT DANE 2017;** | | |
| | **c/o Alex Darcy** | **1GRAP0627GT610453 GREAT DANE 2016;** | | |
| | **Darcy & Devassy PC** | **1GRAP0620HK267282 GREAT DANE 2017** | | |
| | **444 N. Michigan Ave., Suite 3270** | | | |
| | **Chicago, IL 60611** | | | |
| | Creditor's mailing address | | | |

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**12/26/21**

**Last 4 digits of account number**
**3797**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☒ Disputed |

---

| 2.4 | **BMO Harris Bank NA** | Describe debtor's property that is subject to a lien | $75,612.83 | $169,187.00 |
|---|---|---|---|---|
| | Creditor's Name | **4V4NC9EH4HN970324 Volvo 2017;** | | |
| | | **1FUJHHDR1KLKN7537 Freightliner 2019;** | | |
| | **PO Box 3040** | **3AKJGLDR4HSBS2767 Freightliner 2017;** | | |
| | | **3AKJGLDR2HSHK2655 Freightliner 2017** | | |
| | **Cedar Rapids, IA 52406** | | | |
| | Creditor's mailing address | | | |

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9915**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. BMO Harris Bank NA** | ☒ Disputed |
| **2. BMO Harris Bank NA** | |

---

| 2.5 | **BMO Harris Bank NA** | Describe debtor's property that is subject to a lien | $29,646.25 | $175,716.00 |
|---|---|---|---|---|
| | Creditor's Name | **4V4NC9EH4HN970324 Volvo 2017;** | | |
| | **PO Box 3040** | **1FUJHHDR2KLKE4467 Freightliner 2019;** | | |
| | | **1FUJHHDR1KLKN7537 Freightliner 2019;** | | |
| | **Cedar Rapids, IA 52406** | **3AKJGLDR2HSHK2655 Freightliner 2017** | | |

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 6

| Debtor | EGZIT CORPORATION | Case number (if known) | 24-13990 |
|---|---|---|---|
| | Name | | |

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/1/2020**

**Last 4 digits of account number**
**9915**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.6 | **Byline Bank NA** | **Describe debtor's property that is subject to a lien** | $150,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **The creditor has a UCC lien on unencumbered assets** | | |
| | **180 North LaSalle Street Suite 300 Chicago, IL 60601** | | | |

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.7 | **Crossroads Equip. Lease and Fin, LLC** | **Describe debtor's property that is subject to a lien** | $215,147.21 | $141,750.00 |
|---|---|---|---|---|
| | Creditor's Name | **3AKJHHDR1KSKF4007 Freightliner 2019; 3AKJHHDR9KSKF3462 Freightliner 2019; 3AKJHHDRXKSKF3888 Freightliner 2019** | | |
| | **c/o Alex Darcy Darcy & Devassy PC 444 N. Michigan Ave., Suite 3270 Chicago, IL 60611** | | | |

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/22/2023**

**Last 4 digits of account number**
**3787**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| Debtor | EGZIT CORPORATION | Case number (if known) | 24-13990 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.8 | **First Citizens Bank & Trust Company** <br> Creditor's Name <br><br> **PO Box 593007** <br> **San Antonio, TX 78259** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> **12/3/19** <br> **Last 4 digits of account number** <br> **631** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien** <br> **The creditor has a UCC lien on unencumbered assets** <br><br><br> **Describe the lien** <br> **Purchase Money Security** <br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$3,766.51** | **$0.00** |
| 2.9 | **Huntington National Bank** <br> Creditor's Name <br> **17 S High St** <br> **Columbus, OH** <br> **Columbus, OH 43215** <br> Creditor's mailing address <br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien** <br> **4V4NC9EH3HN970315 Volvo 2017;** <br> **4V4NC9EH9HN970318 Volvo 2017;** <br> **4V4NC9EH7HN970320 Volvo 2017** <br><br> **Describe the lien** <br> **Purchase Money Security** <br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed | **$74,805.00** | **$121,485.00** |
| 2.10 | **PNC Equipment Finance, LLC** <br> Creditor's Name <br><br> **Attn: Bankruptcy Department** <br> **PO Box 489909** <br> **Charlotte, NC 28269-5329** <br> Creditor's mailing address <br><br> Creditor's email address, if known <br><br> **Date debt was incurred** | **Describe debtor's property that is subject to a lien** <br> **1GRAA0629KJ128301 GREAT DANE 2019;** <br> **1GRAP0625KT141419 GREAT DANE 2019;** <br> **1GRAP0627KT141423 GREAT DANE 2019;** <br> **1GRAP0628KT141429 GREAT DANE 2019;** <br> **1GRAP0621KT141420 GREAT DANE 2019** <br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$140,860.30** | **$142,500.00** |

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 4 of 6

| Debtor | EGZIT CORPORATION | Case number (if known) | 24-13990 |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Contingent<br>☐ Unliquidated<br>☒ Disputed |

| 2.1 1 | **US Small Business Association** | **Describe debtor's property that is subject to a lien** | $146,245.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | The creditor has a UCC lien on unencumbered assets | | |
| | **Attn: District Counsel**<br>**332 S. Michigan Avenue**<br>**Suite 600**<br>**Chicago, IL 60604** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** | | | |
| | **Last 4 digits of account number** | | | |
| | Do multiple creditors have an interest in the same property?<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.1 2 | **Wells Fargo Equipment Finance, Inc.** | **Describe debtor's property that is subject to a lien**<br>3AKJHHDR1KSKF3326 Freightliner 2019;<br>1FUJHHDR2KLKE4467 Freightliner 2019;<br>3AKJHHDR2KSKF6591 Freightliner 2019;<br>3AKJHHDR6KSKF6593 Freightliner 2019;<br>3AKJHHDR2KSKE4599 Freightliner 2019;<br>3AKJHHDR8KSKE4610 Freightliner 2019;<br>3AKJHHDR6KSKF3323 Freightliner 2019 | $497,801.01 | $330,750.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **Wells Fargo Equipment Finance, Inc.**<br>**800 Walnut Street MAC**<br>**F0006-051**<br>**Des Moines, IA 50309** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**Purchase Money Security** | | |
| | | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br>**4/3/2023** | | | |
| | **Last 4 digits of account number**<br>**1001** | | | |
| | Do multiple creditors have an interest in the same property?<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.5** | As of the petition filing date, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,687,420.58 |
|---|---|---|

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 5 of 6

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **EGZIT CORPORATION** | Case number (if known) | 24-13990 |
|---|---|---|---|
| | Name | | |

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |