IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Egzit Corporation | ) | Case No. 24-13990 |
| | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtors | ) | |
| | ) | |

**AMENDED NOTICE OF MEETING OF CREDITORS
TO BE CONDUCTED VIA MICROSOFT TEAMS**

PLEASE TAKE NOTICE that the Meeting of Creditors is scheduled for **Thursday, November 7, 2024, at 1:30 p.m**. Please also note that the meeting will be conducted via Microsoft Teams. Parties wishing to participate in the meeting must use the following information to access the meeting:

**To Join by Video:**
  TEAMS MEETING ID:         992 902 508 573
  TEAM MEETING PASSCODE:    gmoxRm

**To Join by Phone:**
  CALL IN NUMBER:           202-235-7900
  PHONE CONFERENCE ID:      698 276 235#

Parties will only be able to participate in the meeting of creditors by video or using the above information. **NO PERSONAL APPEARANCES ARE PERMITTED**

ADAM G. BRIEF
ACTING U. S. TRUSTEE

 */s/ Joshua D. Greene*
Joshua D. Greene, Trial Attorney
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn Street, Room 873
Chicago, Illinois 60604
 202-538-4834

## CERTIFICATE OF SERVICE

    I, Joshua D. Greene

☒ an attorney, certify
    - or -
☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on October 16, 2024, at 5:00 p.m.

                                                */s/ Joshua D. Greene*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants**

- **Adam Brief**   Ustpregion11.es.ecf@usdoj.gov
- **James K Haney**   jhaney@wongfleming.com, sfiorentino@wongfleming.com
- **Clayton G Kuhn**   ckuhn@sandbergphoenix.com, rhileman@sandbergphoenix.com
- **Peter C. Nabhani**   pcnabhani@gmail.com, g30787@notify.cincompass.com
- **Diana Perez**   dperez@replevin.com, ecf@writofseizure.com
- **Sharon L Stolte**   sstolte@sandbergphoenix.com, pputnam@sandbergphoenix.com
- **Justin R. Storer**   jstorer@wfactorlaw.com, bsass@wfactorlaw.com;jstorer@ecf.courtdrive.com
- **Neema T Varghese**   nvarghese@nvconsultingservices.com
- **Charles R Woolley**   rwoolley@darcydevassy.com, mwackenhut@darcydevassy.com

**Parties Served via U.S. First Class Mail:**
**(parties served via BMC Group – please see attached creditor matrix)**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 24-13990<br>Northern District of Illinois<br>Eastern Division<br>Wed Oct 16 15:06:56 CDT 2024 | American Express National Bank c/o Zwicker<br>80 Minuteman Road<br>P.O. Box 9043<br>Andover, MA 01810-0943 | Auxilior Capital Partners, Inc.<br>Attn: Dominick Cevet<br>620 Germantown Park, Suite 450<br>Plymouth Meeting, PA 19462-1056 |
| BMO Bank N.A.<br>320 S. Canal Street<br>Chicago, IL 60606-5707 | Balboa Capital Corporation<br>Darcy & Devassy PC<br>444 North Michigan Avenue, Suite 3270<br>Chicago, IL 60611-3906 | Crossroads Equipment Lease & Finance, LLC<br>Darcy & Devassy PC<br>444 N. Michigan Ave. Suite 3270<br>Chicago, IL 60611-3906 |
| Egzit Corporation<br>1510 Plainfield Rd<br>Suite 5<br>Darien, IL 60561-4919 | PNC BANK, NATIONAL ASSOCIATION, successor by<br>Darcy & Devassy PC<br>444 North Michigan Avenue, Suite 3270<br>Chicago, IL 60611-3906 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| American Express National Bank, AENB<br>c/o Zwicker and Associates, P.C.<br>80 Minuteman Road,<br>P.O. Box 9043<br>Andover, MA 01810-0943 | American Express National Bank, AENB<br>c/o Zwicker and Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. Box 9043<br>Andover, MA 01810-0943 | Arvest Equipment Finance<br>c/o Clayton G. Kuhn<br>Sandberg Phoenix & von Gontard PC<br>701 Market Street, Suite 600<br>St. Louis, MO 63101-1826 |
| Arvest Equipment Finance<br>c/o Sharon L. Stolte<br>Sandberg Phoenix & von Gontard PC<br>4600 Madison Avenue, Suite 1000<br>Kansas City, MO 64112-3042 | Arvest Equipment Finance<br>c/o Sharon L. Stolte - Sandberg Phoenix<br>4600 Madison Avenue, Suite 1000<br>Kansas City, MO 64112-3042 | Auxilior Capital Partners<br>620 W. Germantown Pk, Ste 450<br>Plymouth Meeting, Pennsylvania 19462-1056 |
| Auxilior Capital Partners, Inc.<br>Attn: Dominick Cevet<br>2405 W Grand Ave, Ste. B<br>PMB 84356<br>Chicago, IL 60612 | BMO Bank N.A.<br>PO Box 3040<br>Cedar Rapids, IA 52406-3040 | BMO Bank N.A.<br>c/o James K. Haney, Esq.<br>WONG FLEMING, P.C.<br>821 Alexander Rd., Ste. 200<br>Princeton, NJ 08540-6352 |
| Balboa Capital Corporation<br>Alex Darcy<br>Darcy & Devassy PC<br>444 N. Michigan Ave., Suite 3270<br>Chicago, IL 60611-3906 | Balboa Capital Corporation<br>Darcy & Devassy PC<br>444 N. Michigan Ave., Suite 3270<br>Chicago, IL 60611-3906 | Banterra Bank<br>Attention: Credit Remediation<br>P O Box 310 62959<br>Marion, IL 62959-0310 |
| Byline Bank NA<br>180 North LaSalle Street<br>Suite 300<br>Chicago, IL 60601-3110 | CAPITAL DEPOT INC<br>8930 WAUKEGAN ROAD<br>SUITE 230<br>Morton Grove, IL 60053-2132 | Crossroads Equipment Lease and Finance, LLC<br>Alex Darcy<br>Darcy & Devassy PC<br>444 N. Michigan Ave.<br>Suite 3270<br>Chicago, IL 60611-3906 |
| DST TRAILER RENT DUVAL<br>3927 Moreland Ave<br>Conley, GA 30288-2131 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | First Citizens Bank & Trust Company<br>PO Box 593007<br>San Antonio, TX 78259-0200 |
| Huntington National Bank<br>17 S High St<br>Columbus OH 43215-3413 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | John T Siegler<br>Walsh & Gaertner<br>24 East Fourth Street<br>Saint Paul, MN 55101-1002 |

| | | |
|---|---|---|
| ODK Capital, LLC<br>1400 Broadway<br>New York, NY 10018-5300 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PNC Bank, National Association<br>444 N. Michigan Ave, Ste. 3270<br>Chicago, IL 60611-3906 |
| Quill Corporation<br>PO Box 102419<br>Columbia, SC 29224-2419 | Ryder Truck Rental, Inc.<br>c/o WALSH & GAERTNER<br>24 EAST FOURTH STREET<br>Saint Paul, MN 55101-1002 | The Huntington National Bank<br>11100 Wayzata Blvd.<br>Suite 700<br>Minnetonka, MN 55305-5523 |
| US Small Business Association<br>Attn: District Counsel<br>332 S. Michigan Avenue<br>Suite 600<br>Chicago, IL 60604-4318 | Wells Fargo Equipment Finance, Inc.<br>800 Walnut Street<br>MAC F0006-051<br>Des Moines, IA 50309-3891 | XTra Lease, LLC<br>5330 W 47TH ST<br>Chicago, IL 60638-1805 |
| Adam Brief<br>Office of the U. S. Trustee, Region 11<br>219 South Dearborn<br>Room 873<br>Chicago, IL 60604-2027 | Neema T Varghese<br>NV Consulting Services<br>701 Potomac, Ste 100<br>Naperville, IL 60565-3422 | Peter C. Nabhani<br>Law Office of Peter C. Nabhani<br>77 W. Washington Street, #1506<br>Chicago, IL 60602-3220 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| JPMORGAN CHASE BANK NA<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE<br>FLOOR 01<br>MONROE LA 71203-4774 | PNC BANK RETAIL LENDING<br>PO BOX 94982<br>CLEVELAND OH 44101-4982 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Arvest Equipment Finance | (u)Duval Semi Trailers, Inc. | (d)Auxilior Capital Partners<br>620 W. Germantown Pk, Ste 450<br>Plymouth Meeting, Pennsylvania 19462-1056 |
| (d)Crossroads Equipment Lease & Finance, LLC<br>Darcy & Devassy PC<br>444 N. Michigan Ave. Suite 3270<br>Chicago, IL 60611-3906 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     4<br>Total                  45 | |