UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) Case Number: 24-13990
)
EGZIT CORPORATION, ) Chapter: 11
)
) Honorable Deborah L. Thorne
)
)
Debtor(s) )

## MINUTE ORDER REGARDING XTRA LEASE LLC'S OBJECTION TO THE DEBTOR'S USE OF CASH COLLATERAL

As announced at the hearing held on January 8, 2025 on the Debtor's Motion for Interim Order for Leave to Use Cash Collateral and Other Relief (the "Cash Collateral Motion") [ECF 19]:

  1. XTRA Lease LLC ("XTRA Lease") agreed to withdraw its Objection [ECF 113] to the Cash Collateral Motion on the following conditions:

   a. The Debtor will return all XTRA Lease trailers to an XTRA Lease branch location by January 21, 2025.

   b. The Debtor will withdraw its Objection [ECF 112] to XTRA Lease's Motion for Relief from Automatic Stay or, in the Alternative, for Adequate Protection (the "Stay Relief Motion") [ECF 111].

   c. The Debtor consents to the entry of the proposed order submitted with the Stay Relief Motion.

  2. The Debtor agreed to the foregoing conditions.

  3. XTRA Lease reserves all claims related to the XTRA Lease trailers and the XTRA Lease agreements, including claims related to the payment of unpaid charges under the XTRA agreements as administrative claims and unsecured claims.

Enter:

/s/ Deborah L. Thorne

Dated: January 10, 2025                United States Bankruptcy Judge

**Prepared by:**
Brigid K. Ndege, 50469 (N.D. Ill. Bar No.)
Bryan Cave Leighton Paisner
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315